**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00071-CV**
_____

**WATERSTONE ON LAKE CONROE, INC. AND STEVE BOWEN,**
**Appellants**

**V.**

**DEE WILLIAMS AND ANDY WILLIAMS, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-09-10736-CV**

**ORDER**

The appellants, Waterstone on Lake Conroe, Inc. and Steve Bowen, filed an

opposed emergency motion to stay all trial court proceedings and discovery during

the pendency of their accelerated appeal from an order denying a motion to compel

arbitration. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 51.016 (West 2015),

171.098(a)(1) (West 2011).

When an accelerated appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. After reviewing the appellants' motion, we find that temporary orders are necessary to preserve the parties' rights until disposition of the appeal. It is ORDERED that all further trial court proceedings and discovery in Cause Number 16-09-10736-CV are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 29.3; *see also* Tex. R. App. P. 29.5.

ORDER ENTERED March 16, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.